UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS STALLINGS, Ed.D.,

    Plaintiff,                                       Case No: 14-13189
                                                    Hon. Victoria A. Roberts

vs

DETROIT PUBLIC SCHOOLS,

    Defendant.
_____/

## ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL AND STAYING CASE

Plaintiff, a *pro se* litigant, filed a civil rights complaint and a motion for appointment of counsel. An Answer was filed. Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Lavado v Keohane, 992 F.2d 601, 605-606 (6TH Cir. 1993). However, this district has a procedure in which cases are referred to a Pro Bono Committee which requests members of the bar to assist in appropriate cases. This Court believes Plaintiff would benefit from the assistance of counsel.

Accordingly, this case is referred to the Pro Bono Committee. Plaintiff's motion for appointment of counsel is conditionally granted provided the committee is successful in enlisting *pro bono* counsel. If the committee is unsuccessful, counsel will not be appointed and Plaintiff will proceed *pro se* or retain counsel at her own expense. In the interim, this case is STAYED.

    ORDERED.

                                              S/Victoria A. Roberts
                                             Victoria A. Roberts
Dated: September 25, 2014        United States District Judge

The undersigned certifies that a copy of this document was served on the attorneys of record and Phyllis Stallings by electronic means or U.S. Mail on September 25, 2014.

S/Carol A. Pinegar
Deputy Clerk