UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Phyllis Stallings, Ed.D.,

    Plaintiff,

vs                                                   Case No: 14-13189
                                                      Honorable Victoria A. Roberts

Detroit Public Schools,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Granting Defendant's Amended Motion for Summary Judgment entered October 28, 2015, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan on October 28, 2015.

                                                                         David J. Weaver
                                                                        Clerk of the Court

Approved:

                                                                    BY:   /s/ Linda Vertriest

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge